IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PATRICK O'KEEFE, SR.,

     Appellant,

v.

DEUTSCHE BANK NATIONAL
TRUST COMPANY ETC.,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1232

_____/

Opinion filed December 8, 2016.

An appeal from the Circuit Court for Levy County.
Stanley H. Griffis, Judge.

Neil F. Garfield, Patrick B. Giunta, for Appellant.

Thomas H. Loffredo, Katherine M. Joffe, for Appellee.


PER CURIAM.

     AFFIRMED.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.